IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARTHUR STOLLER           :

    v.                :           NO.  11-CV-1557

NCO FINANCIAL SYSTEMS, INC.

**FILED**
MAY 16 2011
MICHAEL E. KUNZ, Clerk
_____ Dept. Clerk

JUDGMENT

BEFORE MCLAUGHLIN, J.

    AND NOW, to wit, this 16th day of May, 2011, It is ORDERED that in accordance with NCO Financial Systems, Inc.'s offer of judgment and plaintiffs acceptance pursuant to F.R.C.P.68., judgment is entered in favor of Plaintiff and against NCO Financial Systems, Inc. in the amount of $1,000.00 together with interest and costs.

ENTERED
MAY 17 2011
CLERK OF COURT

BY THE COURT:

ATTEST:

_____
Deputy Clerk

judg